UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **25-2616**

Miller v. Judicial Council United States Third Circuit Court

To:   Clerk

1) Motion by Appellant to Void District Court Orders, Vacate Void Appellate Orders, Purge Fraudulent Entries, Confirm Judicial Panel, Reassign to Neutral Judges, Impose Safeguards, and Recognize Structural Nullity if Denied

The foregoing motion is referred to the merits panel.

The merits panel is constituted upon completion of briefing. Any motions referred to the merits panel will then be reviewed.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: September 22, 2025
DWB/arr/cc:
Mr. Michael Miller