OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



November 13, 2025

Michael Miller

RE: Michael Miller v. Judicial Council United States Third Circuit Court, et al
Case Number: 25-2616
District Court Case Number: 5:25-cv-04633

Dear Litigant:

Please be advised that the above-entitled case(s) will be submitted on appellant's brief only, pursuant to 3rd Cir. LAR 34.1(a), with NO oral argument on **Thursday, December 4, 2025**. This means your presence will not be required.

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be submitted before the following panel: **KRAUSE, PHIPPS and SCIRICA, Circuit Judges.**

PSD:AR

Very truly yours,

*Patricia A. Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk


By: Ashley
Calendar Clerk
267-299-4947