UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 25-2616

_____

MICHAEL MILLER,
Appellant

v.

JUDICIAL COUNCIL OF THE UNITED STATES COURT
OF APPEALS FOR THE THIRD CIRCUIT; JUDGE
THOMAS M. HARDIMAN, In His Official Capacity; JUDGE
PATTY SHWARTZ, In Her Official Capacity

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 5:25-cv-04633)
District Judge:  Honorable Joseph F. Leeson, Jr.

_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
December 4, 2025

Before:  KRAUSE, PHIPPS, and SCIRICA, <u>Circuit Judges</u>

_____

**JUDGMENT**

_____

This cause came to be considered on the record from the United States District
Court for the Eastern District of Pennsylvania and was submitted pursuant to Third
Circuit LAR 34.1(a) on December 4, 2025.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this
Court that the judgment of the District Court entered August 14, 2025, be and the same

hereby is affirmed.  Costs will not be taxed.  All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED:   April 22, 2026