UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 25-2616

———————

MICHAEL MILLER,
Appellant

v.

JUDICIAL COUNCIL OF THE UNITED STATES COURT OF APPEALS FOR THE
THIRD CIRCUIT; JUDGE THOMAS M. HARDIMAN, In His Official Capacity;
JUDGE PATTY SHWARTZ, In Her Official Capacity

———————————————

(E.D. Pa. No. 5:25-cv-04633)

———————

SUR PETITION FOR REHEARING

———————

Present: CHAGARES, Chief Judge, KRAUSE, RESTREPO, BIBAS, PORTER,
MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, BOVE,
MASCOTT, and SCIRICA*, Circuit Judges

The petition for rehearing filed by Appellant Michael Miller in the above-entitled

case having been submitted to the judges who participated in the decision of this Court

and to all the other available circuit judges of the circuit in regular active service, and no

judge who concurred in the decision having asked for rehearing, and a majority of the

———————————

* Judge Scirica's vote is limited to panel rehearing only.

judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

BY THE COURT,

s/ Cheryl Ann Krause
Circuit Judge

Dated: May 28, 2026
dwb/nmb/cc: Michael Miller